December 29, 2006

Mr. Michael Phillips
Phillips & Akers, P.C.
3200 Southwest Freeway, Suite 3400
Houston, TX 77027-7523
Mr. Jonathan Scott Stoger
O'Quinn, Laminack & Pirtle
2300 Lyric Centre Building
440 Louisiana Street
Houston, TX 77002-4205

RE: Case Number: 04-0332
 Court of Appeals Number: 01-02-00150-CV
 Trial Court Number: 2000-06999

Style: BED, BATH & BEYOND, INC.
 v.
 RAFAEL URISTA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Margie |
| |Thompson |
| |Mr. Peter M. Kelly|
| | |
| |Mr. Guy D. Choate |